# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

877

CA 11-00558

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, GREEN, AND GORSKI, JJ.

---

DAVID LEAVINES, PLAINTIFF-RESPONDENT,

V                                                                ORDER

HUEBER-BREUER CONSTRUCTION CO., INC. AND
ELMCREST CHILDREN'S CENTER, INC.,
DEFENDANTS-APPELLANTS.

---

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (KEVIN E. HULSLANDER OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

STANLEY LAW OFFICES, LLP, SYRACUSE (JOSEPH P. STANLEY OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered November 18, 2010 in a personal injury action. The order, insofar as appealed from, granted the motion of plaintiff for partial summary judgment pursuant to Labor Law § 240 (1) and denied in part the cross motion of defendants for summary judgment.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on May 18, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  September 30, 2011                    Patricia L. Morgan
                                               Clerk of the Court